**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

**SHONNA JENKINS, an individual**

    **Plaintiff,**

**v.**                                              Case No:  2:12-cv-413-FtM-99SPC

**CHARLOTTE COUNTY BOARD OF**
**COUNTY COMMISSIONERS and**
**ROBERT SKIDMORE,**

    **Defendants.**
_____/

## ORDER

This matter comes before the Court on the Defendant Robert Skidmore's Unopposed Motion for Extension of Time to File Responsive Pleadings by Attorneys Fairman and Tetreault (Doc. #10) filed on August 24, 2012.  This Motion was electronically signed by Robert Skidmore, but was sent to the Court for filing by attorneys Phil Fairman, Esq. and Lori A. Retrault, Esq.  Attorneys Fairman and Tetreault indicated to the Court that they are aiding the Defendant Commissioner Skidmore by filing documents through the Court's electronic filing system as a courtesy to the Commissioner.

On August 20, 2012, the Charlotte Country Attorney, pursuant to her authority under County Resolution Number 981270A0, paragraph 8, determined that a conflict of interest existed in the Office of County Attorney regarding representation of both the Defendant Charlotte County Commissioner Skidmore, in his individual capacity, and the Charlotte Board of County Commissioners.  Thus, attorneys Fairman and Retrault cannot file documents and motions on the Defendant Commissioner Skidmore's behalf.

The Court will accept the Motion (Doc. #10) as filed by the Defendant *pro se*. But the Court will not allow attorneys Fairman and Retrault or any other attorney to act as a conduit through which a *pro se* party may send and receive pleadings and other correspondence with the Court without said attorney entering a notice of appearance on that Party's behalf.

Accordingly, it is now

**ORDERED:**

If Attorneys Fairman and Retrault or any other attorney wishes to become the attorney of record for the Defendant Charlotte County Commissioner Robert Skidmore, then they must enter an appearance on his behalf and all future pleadings and correspondence will go through said attorney. Otherwise the Defendant Commissioner Skidmore must file his own documents *pro se* without the use of the Court's electronic filing system.

**DONE** and **ORDERED** in Fort Myers, Florida this 11th day of September, 2012.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record