UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SHONNA JENKINS, an individual

      Plaintiff,

v.                                                    Case No:  2:12-cv-413-FtM-99SPC

CHARLOTTE COUNTY BOARD OF
COUNTY COMMISSIONERS and
ROBERT SKIDMORE,

      Defendants.

_____/

## **ORDER**

This matter comes before the Court on The Plaintiff Shonna Jenkins' Motion for Entry of a Default   (Doc. #20) filed on October 9, 2012.  Under Fed. R. Civ. P. 55(a), default is justified "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise appear by affidavit or otherwise, the clerk shall enter the party's default."

Initially, the Court notes that the Plaintiff merely relies on the record to support her Motion.  Pursuant to M.D. Fla. Local Rule 3.01(a), "[i]n every motion or other application for an order, the movant shall include a concise statement of the precise relief requested, a statement of the basis for the request, and memorandum of legal authority in support of the request, all of which the movant shall include in a single document not more than twenty-five pages long." Here the Plaintiff merely asks the Court to rely upon the record and the submitted affidavit in the case.  The Plaintiff's Motion did not comply with the Local Rules and is therefore, insufficient and can be denied as such.

Furthermore, on August 24, 2012, the Defendant Skidmore moved the Court to enlarge the time to respond to the Amended Complaint (Doc. # 10).   Although the Court accepted his pleading *pro se*, the Court neglected to specifically Order that he respond by September 12, 2012.  Therefore, the Court will give the Defendant a specific date and allow the Defendant up to and including October 21, 2012 to respond to the Complaint.   Consequently, the Plaintiff's Motion for a Clerk's Default is due to be denied without prejudice.

Accordingly, it is now

**ORDERED:**

The Plaintiff Shonna Jenkins' Motion for Entry of a Default   (Doc. #20) is **DENIED** without prejudice.

**DONE** and **ORDERED** in Fort Myers, Florida this 10th day of October, 2012.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies:  All Parties of Record