UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SHONNA JENKINS, an individual

    Plaintiff,

v.                                        Case No: 2:12-cv-413-FtM-38UAM

CHARLOTTE COUNTY BOARD OF
COUNTY COMMISSIONERS and
ROBERT SKIDMORE,

    Defendants.
_____/

## ORDER[1]

This matter comes before the Court on Joint Motion of Settlement and Stipulation of Voluntary Dismissal with Prejudice as to Defendant Robert Skidmore (Doc. #54) filed on September 20, 2013. Plaintiff informs the Court that it voluntarily dismisses the Second Amended Complaint with regard to Defendant Robert Skidmore only. Plaintiff Shonna Jenkins and Defendant Robert Skidmore stipulate to the dismissal with prejudice. Meanwhile, Defendant Charlotte County Board of County Commissioners has remained silent with regards to this issue. Moreover, Plaintiff Jenkins and Defendant Skidmore requests an Order dismissing all counts against Defendant Skidmore with prejudice, ordering the parties to bear their own costs and attorneys' fees and terminating all pending matters, events, deadlines or motions brought by or directed to

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

Defendant Skidmore. Pursuant to Fed. R. Civ. P. 41(a)(2), the Court finds that these terms are proper and dismissal with prejudice is due to be granted.

Accordingly, it is now

**ORDERED:**

(1) Joint Motion of Settlement and Stipulation of Voluntary Dismissal with Prejudice as to Defendant Robert Skidmore (Doc. #54) is **GRANTED**. This case is **DISMISSED against Defendant Robert Skidmore only**. Plaintiff Shonna Jenkins and Defendant Robert Skidmore shall bear their own attorneys' fees and costs.

(2) The Clerk is directed to terminate Defendant Robert Skidmore from this matter. All pending deadlines, events, matters and motions regarding Defendant Robert Skidmore are hereby terminated.

(3) Plaintiff Shonna Jenkins and Defendant Charlotte County Board of County Commissioners remain in this action.

**DONE** and **ORDERED** in Fort Myers, Florida this 15th day of October, 2013.

*SHERI POLSTER CHAPPELL*
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record