UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SHONNA JENKINS, an individual

    Plaintiff,

v.                                          Case No:  2:12-cv-413-FtM-38UAM

CHARLOTTE COUNTY BOARD OF
COUNTY COMMISSIONERS,

    Defendant.
_____/

### ORDER[1]

This matter comes before the Court on Joint Stipulation of Dismissal with Prejudice (Doc. #59) filed on November 19, 2013. Federal Rule of Civil Procedure 41(a)(1)(A), allows a plaintiff to dismiss a case without a court order. The Rule reads in pertinent part:

> Subject to Rules 23(e), 23.1, 23.2 and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:
> (i)    A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or
> (ii)   A stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A).

In this instance, Plaintiff Shonna Jenkins and Defendant Charlotte County Board of County Commissioners request an order dismissing Plaintiff's claims against

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the court has no agreements with any of these third parties or their Web sites.  The court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

Defendant with prejudice. The Parties agree that each party is to bear their own costs and attorney's fees. All remaining Parties have signed the stipulation.

Accordingly, it is now

**ORDERED:**

(1) This cause is **DISMISSED with prejudice**.

(2) The Clerk of the Court is directed to **CLOSE** the case, terminate any pending motions and enter judgment accordingly.

**DONE** and **ORDERED** in Fort Myers, Florida this 20th day of November, 2013.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record